UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHARLES S. LONGSHORE,

    Plaintiff,

v.

RONALD E. SERGI,

    Defendant.

Case No. C11-5248BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 8. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**;

(2)     This action is **DISMISSED** without prejudice; and

(3)     Longshore's motion to proceed in forma pauperis is **DENIED**.

DATED this 20th day of June, 2011.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER