# United States District Court
WESTERN DISTRICT OF WASHINGTON

CHARLES S. LONGSHORE

    v.

RONALD E. SERGI

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C11-5248BHS

  __  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The R&R is **ADOPTED**;

This action **DISMISSED** without prejudice; and

Longshore's motion to proceed in forma pauperis is **DENIED**.

| | |
|---|---|
|   June 21, 2011   |   WILLIAM M. McCOOL   |
| Date | Clerk |
| | |
| |   *s/CM Gonzalez*   |
| | Deputy Clerk |